# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2010

139394 & (47)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FLORENCE BEACH, CYNTHIA B. GUTHRIE,
DONALD E. JAEKLE, JR., as Trustee of the ANN
B. JAEKLE REVOCABLE TRUST, LILLIAN B.
MUMAW, and DWIGHT E. BEACH, JR.,
      Plaintiffs/Counter-Defendants/
      Appellees,

v

TOWNSHIP of LIMA,
      Defendant/Counter-Plaintiff/
      Appellant,

and

JEFFREY V. MUNGER,
      Defendant.

SC: 139394
COA: 274920
Washtenaw CC: 05-000786-CH

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the April 21, 2009 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether a plaintiff who seeks to establish an adverse possession claim that would affect property in a recorded plat must file a claim under the Land Division Act, MCL 560.101 *et seq.,* if the plaintiff is not expressly requesting that the plat be vacated, corrected or revised.

The Real Property Law Section of the State Bar of Michigan and the Michigan Municipal League are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2010

Clerk

s0114